JOHN DUNNE, an Infant, by His Guardian ad Litem, JAMES DUNNE, et al., Appellants, v. BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 9, et al., Respondents

Ughetta, Acting P. J., Christ, Brennan, Hopkins and Nolan, JJ., concur.